**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7500**

TYRONE HURT,

              Plaintiff – Appellant,

         v.

DEPARTMENT OF CORRECTIONS OF THE STATE OF MARYLAND; ALL
DEPARTMENT OF CORRECTIONS OF THE FORTY NINE STATES OF THE
USA,

              Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-01248-RWT)

Submitted:  September 28, 2009        Decided:  October 14, 2009

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyrone Hurt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hurt v. Dep't of Corrections</u>, No. 8:09-cv-01248-RWT (D. Md. filed June 2, 2009, entered June 3, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>